AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

ROBERT CHERRY,

Plaintiff,

v.

PENDLETON CAPITAL MANAGEMENT, et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:19-cv-001

IT IS ORDERED AND ADJUDGED

That this case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for failure to effect timely service.

July 9, 2020

*Date*

BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge